442 A.2d 830

Trinsey, Jr., Appellant v. First Redley Square Corp.
Petition to Reconsider Judgment Denied April 2, 1982.

Argued October 6, 1981.    Richard B. Perlman, for appellant;    Franklin H. Spitzer, for appellee.

Before WICKERSHAM, McEWEN and POPOVICH, JJ.

Order of court affirmed.